# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLEN M. FALLIN, | : | CIV. NO. 1:22-CV-00265 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| COVENANT TRANSPORTATION GROUP, INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER
March 30, 2023

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the motion to dismiss or transfer (*doc. 11*) is **GRANTED** and the case is transferred to the Eastern District of Tennessee. **IT IS FURTHER ORDERED** that the motion to compel discovery (*doc. 27*) is **DENIED**.

Finally, currently pending is Fallin's motion for reconsideration. *Doc. 42*. In this motion (*doc. 42*), Fallin seeks reconsideration of an order (*doc. 40*) we issued that granted the defendants' motion (*doc. 39*) for an indefinite extension of time to file a brief in opposition to the plaintiff's motion to compel discovery (*doc. 27*). We ordered that we would set a deadline after deciding the motion to dismiss or transfer. *Doc. 40*. After further motions practice, we issued an order (*doc. 57*) that required the defendants to file a brief in opposition to the motion to compel on or before

January 18, 2023. On January 17, 2023, the defendants complied with this order by filing a brief in opposition to the motion to compel. *Doc. 58*. We have now decided the motion to compel. *Infra*. Accordingly, **IT IS ORDERED** that the motion for reconsideration (*doc. 42*) is **DISMISSED AS MOOT**.

*<u>S/Susan E. Schwab</u>*
Susan E. Schwab
United States Magistrate Judge
